

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

In re the Commitment of Timothy Daniel Renshaw

No. 06-22-00079-CV

Original Mandamus Proceeding

Opinion delivered by Chief Justice Stevens, Justice van Cleef and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought.  Therefore, we deny the petition.

RENDERED OCTOBER 30, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk